**JANOVE PLLC**
raphael@janove.law
Raphael Janove (CA Bar No. 361193)
500 7th Ave., 8th Fl.
New York, NY 10018
(646) 347-3940

Liana Vitale (CA Bar No. 348772)
liana@janove.law
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
(805) 505-9550

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**Richard Damas and Diane Varela,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**Health-Ade LLC**,

Defendant.

Case No. 8:25-cv-2515-DOC-JDE

**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Richard Damas and Diane Varela hereby voluntarily dismiss the above-captioned action with prejudice against Defendant Health-Ade LLC.

Respectfully submitted,

Dated: December 19, 2025

By: <u>*/s/ Raphael Janove*</u>
Raphael Janove
**JANOVE PLLC**
500 7th Avenue
New York, NY 10018
(646) 347-3940
raphael@janove.law

Liana Vitale
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
(805) 505-9550
liana@janove.law

*Attorneys for Plaintiffs and the Proposed Classes*